Nancy Miller (State Bar #143914)
**NORDMAN CORMANY HAIR & COMPTON LLP**
1000 Town Center Drive, 6th Floor
P.O. Box 9100
Oxnard, California 93031-9100
(805) 485-1000
(805) 988-8387 (fax)
E-Mail: nmiller@nchc.com

David A. Campbell (Ohio State Bar # 0066494 – Pro
    Hac Vice to be filed)
Steven R. Miller (Ohio State Bar # 0064114 – Pro
    Hac Vice to be filed)
**VORYS, SATER, SEYMOUR AND PEASE LLP**
52 East Gay Street
P.O. Box 1008
Columbus, OH 43216-1008
(614) 464-6400
(614) 464-6350 (fax)
E-Mail: dacampbell@vssp.com; rmiller@vssp.com

Attorneys for Defendant eCPG.NET

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRADO CONTI,<br><br>                Plaintiff,<br><br>vs.<br><br>ECPG.Net d/b/a/ TRANSORA GROUP DISABILITY PLAN,<br><br>                Defendant. | CASE NO. C 06-07925 (JSW)<br>Complaint Filed: December 28, 2006<br>Assigned to the Honorable Jeffrey S. White – Courtroom 3<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>[Local Rules 7-12 and 16-2(e)]<br><br>CURRENT DATE: May 4, 2007<br>TIME: 1:30 p.m.<br>COURTROOM: 2<br><br>NEW DATE: June 22, 2007<br>TIME: 1:30 p.m.<br>COURTROOM: 2<br><br>TRIAL DATE: Not Set |

      Pursuant to Local Rules 7-12 and 1602(e) the parties hereto, through their attorneys of record, hereby stipulate to continue the Case Management Conference in this matter currently scheduled for May 4, 2007, at 1:30 p.m. in Courtroom 2, to

1  June 22, 2007, at 1:30 in Courtroom 2, or to a date thereafter that is convenient for
2  the Court.
3      The basis for the stipulated continuance is that defendant's Answer to
4  defendant's Complaint was filed on April 9, 2007, and discovery is ongoing and the
5  parties have not fully completed their investigation of facts relating to this
6  litigation.
7  **SO STIPULATED.**

9  DATED: April 26, 2007    NORDMAN CORMANY HAIR & COMPTON LLP

11  By: *Nancy Miller*
    Nancy Miller
    Attorneys for Defendant eCPG.NET

13  DATED: April 26, 2007    FRICKER & MELLEN & ASSOCIATES

15  By: *Timothy J. Fricker*
    Timothy J. Fricker
    James G. Mellen
    Attorneys for Plaintiff Corrado Conti

### ORDER

20  Pursuant to Stipulation, it is so ordered.

22  DATED: April 26, 2007    *Jeffrey S. White*
    Jeffrey S. White
    United States District Judge