<pre>
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE  Bar No. 102181
 2  DENNIS G. ROLSTAD  Bar No. 150006
    ERIN A. CORNELL  Bar No. 227135
 3  One Market Plaza
    Steuart Tower, 8th Floor
 4  San Francisco, California 94105
    Telephone: (415) 781-7900
 5  Facsimile: (415) 781-2635
    dennis.rolstad@sdma.com
 6
    Attorneys for Defendant
 7  eCPG.Net d/b/a TRANSORA GROUP DISABILITY PLAN
</pre>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CORRADO CONTI, | CASE NO. CV 06-7925 JSW |
| Plaintiff, | [PROPOSED] ORDER RE DEFENDANT ECPG.NET D/B/A TRANSORA GROUP DISABILITY PLAN'S SUBSTITUTION OF COUNSEL |
| v. | |
| ECPG.NET D/B/A TRANSORA GROUP DISABILITY PLAN, | |
| Defendant. | |

Pursuant to Defendant eCPG.Net d/b/a Transora Group Disability Plan's Substitution of Counsel filed on August 7, 2007:

IT IS HEREBY ORDERED that defendant eCPG.Net d/b/a Transora Group Disability Plan's substitution of counsel is granted, and Sedgwick, Detert, Moran & Arnold LLP are now attorneys of record for defendant eCPG.Net d/b/a Transora Group Disability Plan.

IT IS SO ORDERED.

DATED: August 8, 2007

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE