SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE Bar No. 102181
DENNIS G. ROLSTAD Bar No. 150006
ERIN A. CORNELL Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
dennis.rolstad@sdma.com

Attorneys for Defendant
eCPG.Net d/b/a TRANSORA GROUP DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| CORRADO CONTI,<br><br>Plaintiff,<br><br>v.<br><br>eCPG.Net d/b/a TRANSORA GROUP DISABILITY PLAN,<br><br>Defendant. | CASE NO. CV 06-7925 JSW<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO COMPLETE ADR |

The parties, by and through their attorneys of record, hereby STIPULATE and request that the time to complete the mediation of this matter, pursuant to assignment to the ADR Program, be extended up to and including October 31, 2007.

This Court's Order substituting the firm of Sedgwick, Detert, Moran & Arnold LLP as attorneys of record for defendant was signed on August 8, 2007. Following the substitution of counsel, court-appointed mediator R. Bradford Huss recused himself due to a conflict. On August 16, 2007, the ADR Program filed a Notice Vacating the Appointment of Mediator R. Bradford Huss. Therefore, due to Mr. Huss' recusal, the court-sponsored mediation in this matter has not yet taken place. The Northern District ADR Program is in the process of appointing another mediator for this action, and is in agreement that the parties should be able to complete mediation before the end of October.

1  Accordingly, the parties respectfully request that the time to complete mediation of this
2  matter pursuant to assignment to the ADR Program be extended up to and including October 31,
3  2007, as stipulated by the parties.

4  DATED: August 28, 2007       SEDGWICK, DETERT, MORAN & ARNOLD, LLP

6  By: _____
      Dennis G. Rolstad
7     Erin A. Cornell
      Attorneys for Defendant
8     eCPG.Net d/b/a TRANSORA GROUP DISABILITY
      PLAN

9  DATED: August 27, 2007       FRICKER & MELLEN & ASSOCIATES

11 By: _____
      Timothy J. Fricker
12    Attorneys for Plaintiff
13    CORRADO CONTI

### ORDER

16 **IT IS SO ORDERED** that the time for the parties to complete mediation of this matter
17 pursuant to the ADR Program is extended up to and including October 31, 2007.

18 DATED: August 31, 2007

      _____
      HONORABLE JEFFREY S. WHITE
      UNITED STATES DISTRICT JUDGE