IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CORRADO CONTI,

    Plaintiff,

  v.

ECPG.NET,

    Defendant.

No. C 06-07925 JSW

**ORDER REQUESTING JOINT STATUS REPORT RE SETTLEMENT**

The Court has received the Certification of ADR Session, in which the evaluator reports that this matter has been settled. The parties are HEREBY ORDERED to submit a joint status report by November 16, 2007, advising the Court as to when they expect the matter to be dismissed. That deadline shall be vacated if a dismissal is received in the interim.

**IT IS SO ORDERED.**

Dated: November 7, 2007

                                                    JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE