FRICKER & MELLEN & ASSOCIATES
TIMOTHY J. FRICKER Bar No. 183309
JAMES G. MELLEN Bar No. 122035
Tribune Tower
409 13th Street, 17th Floor
Oakland, California 94612
Telephone: (510) 663-8484
Facsimile: (510) 663-0639

Attorneys for Plaintiff
CORRADO CONTI

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE Bar No. 102181
DENNIS G. ROLSTAD Bar No. 150006
ERIN A. CORNELL Bar No. 227135
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
eCPG.Net d/b/a TRANSORA GROUP DISABILITY PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORRADO CONTI,<br><br>Plaintiff,<br><br>v.<br><br>eCPG.Net d/b/a TRANSORA GROUP DISABILITY PLAN,<br><br>Defendant. | CASE NO. C 06-07925 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL ENTIRE ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN plaintiff Corrado Conti and defendant eCPG.Net d/b/a Transora Group Disability Plan, by and through their respective attorneys of record herein, that the entire action, including the complaint, shall be

dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED: December 5, 2007  FRICKER & MELLEN & ASSOCIATES

By: _____
Timothy J. Fricker
James G. Mellen
Attorneys for Plaintiff
CORRADO CONTI

DATED: December 6, 2007  SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____
Dennis G. Rolstad
Erin A. Cornell
Attorneys for Defendant
eCPG.Net d/b/a TRANSORA GROUP DISABILITY PLAN

**ORDER**

IT IS SO ORDERED.

DATED: December 10, 2007

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE